ANDREA SHERIDAN ORDIN, County Counsel
ROGER H. GRANBO, Assistant County Counsel
EDWIN A. LEWIS, Senior Deputy County Counsel
(SBN 101699) • elewis@counsel.lacounty.gov
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-1202 · Fax: (213) 626-2105

Attorneys for Defendants
COUNTY OF LOS ANGELES and DEPUTY ORREGO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DISTRICT

| | |
|---|---|
| GERALD LONGMIRE<br><br>  Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a public entity; DEPUTY SHERIFF OREGO, a public employee; DOES 1-10, inclusive<br><br>  Defendants. | CASE NO. CV 09-7591 GHK (JCGx)<br><br>**JUDGMENT** |

This action came on regularly for trial on September 27, 2011 in Courtroom 1600, the Honorable Jay C. Gandhi, United States Magistrate Judge Presiding. Plaintiff appeared through his counsel Greg Garrotto; defendants County of Los Angeles and Deputy Mizrain Orrego appeared through its counsel, Edwin A. Lewis, Senior Deputy County Counsel.

A jury of 8 persons was regularly empaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments, the jury was instructed and retired. The jury deliberated and returned its verdict, finding in favor of Defendants

HOA.830652.1

1  It appearing by reason of the Jury's verdict that plaintiff will recover nothing
2  by reason of his complaint and that defendants are the prevailing party in the action,
3  defendants shall recover allowable costs in the sum of $ __939.00_____ ,
4  respectively.

6  DATED: October 12, 2011             _____
                                        HON. JAY C. GANDHI
                                        Magistrate Judge, United States
                                        District Court for the Central District of
                                        California